IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JIMMY POWELL,** *also known as* **Jamel Ansaaru El Majid**      **PLAINTIFF**

**V.**     **CAUSE NO. 3:18-CV-472-CWR-LRA**

**NOLAN ROGER DAVIS,** *Food Director*, **et al.**     **DEFENDANTS**

## ORDER

Before the Court is the Report and Recommendation submitted by the Magistrate Judge [Docket No. 69] in response to the Defendants' Motion for Summary Judgment [Docket No. 62]. The Magistrate Judge recommends that the Defendants' Motion for Summary Judgment be granted and this case be dismissed. The parties were advised that they could submit their objections within 14 days of the Report. The Court extended the deadline for the Plaintiff to submit his objection.

The Plaintiff's objections have now been received and considered . After careful review of the Plaintiff's objections, the Court hereby adopts the findings and conclusions proposed by the Magistrate Judge. The Plaintiff's claims fail as a matter of law and summary judgment is granted in favor of the Defendants.

This case is dismissed with prejudice and a final judgment will issue.

**SO ORDERED**, this the 30th day of November, 2020.

                                                              s/ Carlton W. Reeves
                                                              UNITED STATES DISTRICT JUDGE